UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:20CR385-RJC-7 |
|---|---|---|
| vs. | ) | |
| LATISHA ANDERSON<br>Defendant | ) | |

## NOTICE OF APPEAL

**NOW COMES** the defendant, Latisha Anderson, and respectfully gives notice of her claim of appeal to the Court of Appeals for the Fourth Circuit from the judgment and sentence entered in the above-captioned case.

This 24th day of February 2023.

/s/**Denzil H. Forrester**
N.C. State Bar No. 24976
Attorney for the Defendant
Denzil H. Forrester, Attorney-at-Law
3325 Washburn Avenue
Suite 103
Charlotte, NC 28205
(704) 632-9992 voice
(704) 632-9969 facsimile
denzilfesq@aol.com

## Certificate of Service

I hereby certify that a copy of the Defendant's Notice of Appeal to the Fourth Circuit has been duly served upon the U.S. Attorney's Office by serving a copy by email to:

Email: lambert.guinn@usdoj.gov

Lambert Guinn
Assistant United States Attorney
227 West Trade Street, Suite 1650
Charlotte, NC 28202

                      /s/**Denzil H. Forrester**
N.C. State Bar No. 24976
Attorney for the Defendant
Denzil H. Forrester, Attorney-at-Law
3325 Washburn Avenue
Suite 103
Charlotte, NC 28205
(704) 632-9992 voice
(704) 632-9969 facsimile
denzilfesq@aol.com